**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: DESIGNATION OF CHAIR AND | : | No. 61 |
| | : | |
| VICE-CHAIR OF PENNSYLVANIA | : | CLIENT SECURITY APPOINTMENT |
| | : | DOCKET |
| LAWYERS FUND FOR CLIENT | : | |
| | : | |
| SECURITY BOARD | : | |

**O R D E R**

**PER CURIAM:**

AND NOW, this 19th day of February, 2015, Lewis F. Gould, Jr., Esquire, is hereby designated as Chair and Daniel I. Booker, Esquire, as Vice-Chair of the Pennsylvania Lawyers Fund for Client Security Board, commencing April 1, 2015.